UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKANISM, INC., | No. C08-3920 JCS |
|     Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| RED TETTEMER, INC., | |
|     Defendant. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: August 19, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge