IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEKANISM, INC,

    Plaintiff,

  v.

RED TETTEMER, INC.,

    Defendant.

                               /

No. 08-03920 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on October 31, 2008 on Defendant's motion to stay, or in the alternative, to transfer. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than September 22, 2008 and a reply brief shall be filed by no later than September 29, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 8, 2008

                                                     JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE